UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.  CRIMINAL NO. 3:24CR12 (VAB)

JAMES KEATING  January 3, 2025

## REPLY IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM

As the government itself recognizes, in his letter to the Court, Mr. Keating acknowledges the severity of his conduct. In his own words, Mr. Keating takes unflinching responsibility for his actions and does not minimize or excuse his behavior.

The government argues that a request for a probationary sentence, or the discussion of Mr. Keating's trauma and resulting mental health conditions, is somehow inconsistent with his acceptance of responsibility. This is simply false. A defendant's upbringing, trauma, and mental health struggles are part of the defendant's history and characteristics, a sentencing factor the Court *must* consider. Describing trauma and mental health struggles can help contextualize a defendant's actions—not excuse them. They can also help identify *why* criminal behavior occurred and what can be done in the future to prevent recidivism.

In Mr. Keating's case, knowing that he experiences chronic dissociative symptoms and has a tendency towards hyper-focused, goal-directed behavior, explains how someone who has lived an otherwise law-abiding life could have come to rationalize his conduct and perpetuate a serious fraud over a long period of time. At the time he committed the offenses, Mr. Keating knew his conduct was wrong—but he did not fully appreciate the impact it had on others precisely *because* he dissociated

from the negative emotions that should have guided him.[1] As reflected in Mr. Keating's letter, four years of deep introspection and mental health treatment have given him much-needed insight into his behavior. He understands that his actions were harmful not just because stealing is wrong but also because what he did caused great hardship and pain to his former colleagues at Allied World.

Moreover, the government describes the period of desistance from crime as "relatively brief." Mr. Keating's criminal conduct ended in January 2021. His criminal conduct took place over a four-year period. It has now been over four years since he engaged in *any* criminal conduct. In that four-year period, he has faced financial and emotional stressors significant enough to lead him to contemplate suicide on multiple occasions. His decision to instead seek treatment and engage in community service speaks volumes regarding his commitment to his rehabilitation.

As recognized in the PSR, "it appears unlikely that [Mr. Keating] will recidivate and even more unlikely that he will pose any future threat to the public." PSR ¶ 137. Under these circumstances, where there is no need to deter the defendant or protect the public, a prison sentence is largely punitive. A request for a probationary sentence is not intended to minimize the seriousness of the offense, but instead reflect the other sentencing factors which account for the hard work Mr. Keating has done to rehabilitate himself over the past four years.

---

[1] Allied World is a large insurance company managing over $6 billion in capital and $24 billion in total assets, with 26 global offices. The size of Allied World made it easier for Mr. Keating to rationalize his conduct.

2

                                                                               Respectfully submitted,

                                                                               THE DEFENDANT,
                                                                               James Keating

Dated:  January 3, 2025                              /s/ *Anne E. Silver*
                                                                               Anne E. Silver
                                                                               Assistant Federal Defender
                                                                               10 Columbus Boulevard, 6th Floor
                                                                               Hartford, CT 06106-1976
                                                                               Phone: (860) 256-0310
                                                                               Bar no.: phv207294
                                                                               Email: anne_silver@fd.org

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on January 3, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                            /s/ *Anne E. Silver*
                                                                            Anne E. Silver